IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 16-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to two Motions for Discovery (#61) and (#65). At the call of this matter, it appeared that defendant was present with his counsel, Eric W. Stiles, and Assistant United States Attorney Richard Edwards was present on behalf of the Government. At the call of the matter on for hearing, Mr. Stiles advised the Court that he wished to withdraw both Motions for Discovery without prejudice. The Government had no objection.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motions for Discovery (#61) and (#65) are hereby allowed to be **WITHDRAWN** and rendered **MOOT** without prejudice.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge

1